Tiffany N. Romine (SBN 269755)
2315 N. Fairview Space D
Burbank, CA 91504
Phone: (614) 202-8546
Facsimile: (614) 228-0520
Email: tnromine@gmail.com

Avonte D. Campinha-Bacote (SBN 0085845)
CAMPINHA-BACOTE & STARLING, LLC
341 S. Third Street, Suite 200
Columbus, Ohio  43215
Telephone: (614) 453-4276
Fascimile:  (614) 228-0520
Email: Avonte.Campinha-Bacote@cbandstarling.com

Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| INDER SINGH, et. al., | Case No. 5:11-CV-03934 PSG |
| Plaintiffs, | |
| vs. | Honorable Paul Singh Grewal |
| KOGENT CORPORATION, et. al., | |
| Defendants. | [~~PROPOSED~~] ORDER |

Plaintiffs and Defendants, by and through their attorneys, filed a joint stipulation on October 19, 2011, to extend time in which to file their responses. The court hereby accepts the parties joint stipulation. Plaintiff's must file their Memorandum in Opposition to Defendants' Motion to Dismiss, Motion for a More Definite Statement, and Motion to Strike on or before

**PROPOSED ORDER**

November 7, 2011. Defendants must file their Reply on or before **November 14, 2011**. The hearing on said motions is scheduled for **November 22, 2011.**

    IT IS SO ORDERED.

Dated: 10/11 , 2011

*/s/ Paul S. Grewal*
The Honorable Paul Singh Grewal

**PROPOSED ORDER**