TODD A. ROBERTS (SBN 129722)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 500
Redwood City, CA 94063-2052
Telephone: (650) 364-8200
Facsimile: (650) 780-1701
Email: troberts@rmkb.com

Attorneys for Defendants
KOGENT CORPORATION AND
SUDHIR SAXENA

**IT IS SO ORDERED**
Judge Edward J. Davila
11/16/2011

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INDER SINGH, et al., <br><br> Plaintiffs, <br><br> v. <br><br> KOGENT CORPORATION, et al., <br><br> Defendants. | CASE NO. 5:11-cv-03934 EJD <br><br> **JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT SUDHIR SAXENA'S REPLY IN SUPPORT OF ITS MOTION TO DISMISS AND MOTION TO STRIKE PURSUANT TO RULE 12(b)(6) AND 12(f)** <br><br> Date: February 17, 2012 <br> Time: 9:00 <br> Courtroom: 1 |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiffs and Defendants by and through their counsel, hereby stipulate as follows:

That defendant SUDHIR SAXENA's time to file its Reply in Support of its Motion to Dismiss, Motion for More Definite Statement and Motion to Strike Pursuant to Rule 12(b)(6) and 12(f) shall be extend to and including December 1, 2011.

Respectfully Submitted,

/ / /

/ / /

/ / /

RC1/6223169.1/RS

JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT SUDHIR SAXENA REPLY CV11-039434 PSG

| | |
|---|---|
| Dated: November 14, 2011 | ROPERS, MAJESKI, KOHN & BENTLEY |
| | By:/*s/ Todd A. Roberts*<br>TODD A. ROBERTS<br>Attorneys for Defendants<br>KOGENT CORPORATION AND<br>SUDHIR SAXENA |
| Dated: November 14, 2011 | CAMPINHA-BACOTE & STARLING |
| | By:/*s/ Avonte Campinha-Bacote*<br>Avonte Campinha-Bacote<br>Attorneys for Plaintiffs |
| | By:/*s/ Tiffany N. Romine*<br>Tiffany N. Romine<br>Attorneys for Plaintiffs |

RC1/6223169.1/RS

- 2 -

JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT SUDHIR SAXENA REPLY CV11-039434  PSG