1  TODD A. ROBERTS (SBN 129722)
   ROPERS, MAJESKI, KOHN & BENTLEY
2  1001 Marshall Street, Suite 500
   Redwood City, CA 94063-2052
3  Telephone:  (650) 364-8200
   Facsimile:  (650) 780-1701
4  Email:  troberts@rmkb.com

5  Attorneys for Defendants
   KOGENT CORPORATION AND
6  SUDHIR SAXENA

**IT IS SO ORDERED**
Judge Edward J. Davila
11/16/2011

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INDER SINGH, et al., | CASE NO. CV11-03934 EJD |
| Plaintiffs, | **JOINT STIPULATION TO EXTEND TIME FOR DEFENDANTS KOGENT CORPORATION'S REPLY IN SUPPORT OF ITS MOTION TO DISMISS, MOTION FOR MORE DEFINITE STATEMENT AND MOTION TO STRIKE PURSUANT TO RULE 12(b)(6), 12(e) AND 12(f)** |
| v. | |
| KOGENT CORPORATION, et al., | |
| Defendants. | |
| | Date:  **February 17, 2012**<br>Time:  **9:00**<br>Courtroom:  **1** |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiffs and Defendants by and through their counsel, hereby stipulate as follows:

That defendant KOGENT CORPORATION's time to file its Reply in Support of its Motion to Dismiss, Motion for More Definite Statement and Motion to Strike Pursuant to Rule 12(b)(6); 12(e) and 12(f) shall be extend to and including December 1, 2011.

Respectfully Submitted,

/ / /

/ / /

/ / /

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City

| | |
|---|---|
| Dated: November 14, 2011 | ROPERS, MAJESKI, KOHN & BENTLEY |
| | By:/s/ Todd A. Roberts<br>    TODD A. ROBERTS<br>    Attorneys for Defendants<br>    KOGENT CORPORATION AND<br>    SUDHIR SAXENA |
| Dated: November 14, 2011 | CAMPINHA-BACOTE & STARLING |
| | By:/s/ Avonte Campinha-Bacote<br>    Avonte Campinha-Bacote<br>    Attorneys for Plaintiffs |
| | By:/s/ Tiffany N. Romine<br>    Tiffany N. Romine<br>    Attorneys for Plaintiffs |