IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| INDER SINGH, et. al., | CASE NO. 5:11-cv-03934 EJD |
| Plaintiff(s), | **ORDER RE: BANKRUPTCY STAY** |
| v. | |
| KOGENT CORPORATION, et. al., | |
| Defendant(s). | |

On November 18, 2011, Defendant Kogent Corporation ("Kogent") filed a Notice of Bankruptcy Case Filing and Automatic Stay stating that Kogent had filed a bankruptcy petition in the Northern District of California. See Docket Item No. 37. Plaintiffs filed a response to the bankruptcy notice on November 23, 2011, noting that the automatic stay imposed by 11 U.S.C. § 362 should apply only to Kogent and not the other defendants named in this action. See Docket Item No. 38.

Accordingly, this action is STAYED insofar as it pertains to Kogent. The action against Defendants Sudhir Saxena and SMB Business Intelligence Builders, Inc. remains pending and shall proceed.

**IT IS SO ORDERED.**

Dated: December 6, 2011

EDWARD J. DAVILA
United States District Judge

1

CASE NO. 5:11-cv-03934 EJD
ORDER RE: BANKRUPTCY STAY