UNITED STATES DISTRICT COURT

Northern District of California

San Jose Division

INDER SINGH,
        Plaintiff,

No. C 11-3934 EJD

v.

KOGENT CORPORATION, et al.,
        Defendants.

**ORDER RE: ATTENDANCE AT MEDIATION**

Date:     February 23, 2012
Mediator: Anne Lawlor Goyette

    IT IS HEREBY ORDERED that the request to excuse the plaintiffs from appearing in person at the February 23, 2012, mediation before Anne Lawlor Goyette is GRANTED. All of the plaintiffs shall participate telephonically in the mediation unless or until excused by the mediator in accordance with ADR L.R. 6-10(f).

    IT IS SO ORDERED.

February 7, 2011      By: _____
Dated                                    Elizabeth D. Laporte
                                             United States Magistrate Judge

UNITED STATES DISTRICT COURT
For the Northern District of California