United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| INDER SINGH, et. al., | CASE NO. 5:11-cv-03934 EJD |
| Plaintiff(s), | **ORDER DISSOLVING STAY** |
| v. | |
| KOGENT CORPORATION, et. al., | [Docket Item No. 57] |
| Defendant(s). | |

Having reviewed Plaintiff's Notice filed April 20, 2012, and in light of the order of the Bankruptcy Court attached thereto, the stay previously imposed by this court is DISSOLVED. This action shall now proceed as to all Defendants according to the schedule contained in the Case Management Order. See Docket Item No. 49.

**IT IS SO ORDERED.**

Dated: April 23, 2012

EDWARD J. DAVILA
United States District Judge