UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| INDER SINGH,<br><br>  Plaintiff,<br><br>v.<br><br>KOGENT CORPORATION, et al.,<br><br>  Defendant. | CASE NO. C-11-03934 EJD<br><br>ORDER RE: ATTENDANCE AT MEDIATION<br><br>Date: May 16, 2012<br>Mediator: Anne Lawlor Goyette |

IT IS HEREBY ORDERED that the request to excuse defendant KOGENT CORPORATION's insurer representative from appearing in person at the May 16, 2012 mediation before Anne Lawlor Goyette is GRANTED. The insurer representative shall participate telephonically in the mediation unless or until excused by the mediator in accordance with ADR L.R. 6-10(f).

IT IS SO ORDERED.

Dated: May 2, 2012        By: _____
                              Elizabeth D. Laporte
                              United States Magistrate Judge