TODD A. ROBERTS, State Bar No. 129722
ANDREW M. WOLFE, State Bar No. 114076
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 500
Redwood City, CA 94063-2052
Telephone: (650) 364-8200
Facsimile: (650) 780-1701
Email: troberts@rmkb.com

Attorneys for Defendants
KOGENT CORPORATION
and SUDHIR SAXENA

**IT IS SO ORDERED**
Judge Edward J. Davila
5/30/2012

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| INDER SINGH, et al., <br><br> Plaintiffs, <br><br> v. <br><br> KOGENT CORPORATION, et al., <br><br> Defendants. | CASE NO. CV11-03934 EJD <br><br> **STIPULATION TO STAY PROCEEDINGS** |

On May 16, 2012, the parties to this action engaged in mediation of the instant dispute. At that time, the parties agreed temporarily to stay proceedings in this action and suspend all deadlines to permit further discussions to proceed regarding resolution of this matter.

Wherefore, the parties hereby stipulate as follows:

This action and all proceedings herein shall be stayed for two weeks, to and including June 5, 2012. All current deadlines are suspended pending further order of the Court.

SO STIPULATED:

Dated: May 24, 2012

ROPERS, MAJESKI, KOHN & BENTLEY

By: /s/ Andrew M. Wolfe
TODD A ROBERTS
ANDREW M. WOLFE
Attorneys for Defendants
KOGENT CORPORATION
|and SUDHIR SAXENA

Dated: May 24, 2012

TIFFANY N. ROMINE

By: /s/ Tiffany N. Romine
TIFFANY N. ROMINE
Attorneys for Plaintiffs INDER SINGH, et al.

Dated: May 24, 2012

CAMPINHA-BACOTE & STARLING, LLC

By: /s/ Avonte D. Campinha-Bacote
AVONTE D. CAMPINHA-BACOTE
Attorneys for Plaintiffs INDER SINGH, et al.