Tiffany N. Romine (SBN 269755)
P.O. Box 6844
Burbank, CA 91510
Telephone: 818-669-8683
Facsimile: (614) 228-0520
Email: tnromine@gmail.com

Avonte D. Campinha-Bacote* (OH Bar No. 0085845)
CAMPINHA BACOTE LLC
341 S. Third Street, Suite 200
Columbus, Ohio  43215
Telephone: (614) 453-4276
Fascimile:  (614) 228-0520
Email: Avonte@CamBacLaw.com
*Pro Hac Vice

Attorneys for Plaintiffs

**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| INDER SINGH, et al., <br><br> Plaintiffs, <br> vs. <br><br> KOGENT CORPORATION, et al., <br><br> Defendants. | Case No. 11-CV-03934 EJD |

**ORDER APPROVING STIPULATION OF DISMISSAL WITH PREJUDICE**

   **THIS COURT**, having reviewed the parties' Joint Stipulation of Dismissal With Prejudice and being advised in the premises, **IT IS ORDERED that:**

  1. That parties' <u>Stipulated Dismissal Of All Claims With Prejudice</u> is APPROVED.

**Order Approving Joint Stipulation of Dismissal With Prejudice**

2. This case is hereby dismissed with prejudice, with each of the parties hereto to bear their own attorneys' fees and costs.

3. The Court hereby reserves jurisdiction to enforce the terms of the parties' Settlement Agreement.

4. The Clerk shall close this file.

Dated: _____July 9_____, 2012   By: _____
United States District Judge
Edward J. Davila